■  (A) GOVERNMENT OF THE ARGENTINE REPUBLIC et al. v. GAYLEN MACHINERY CORPORATION. (B) HELMSLEY-SPEAR, INC. v. MARSHALL GOLDMAN et al. (C) In the Matter of B. COLE ESTATE, INC. v. ROBERT E. HERMAN, as State Rent Administrator.— [In each action] Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before February 28, 1961,

with notice of argument for the April 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ.